UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| KENNETH CLAYTON, | ) | |
|---|---|---|
| *Plaintiff,* | ) ) ) | Case No. 4:10-cv-73 |
| v. | ) ) | Judge Mattice |
| MICHAEL S. ASTRUE, *Commissioner of Social Security,* | ) ) ) | Magistrate Judge Carter |
| *Defendant.* | ) ) ) | |

## **ORDER**

Before the Court is United States Magistrate Judge William B. Carter's Report and Recommendation (Doc. 28) concerning Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 26). No party has objected to the Magistrate Judge's Report and Recommendation, and the Court agrees with the Magistrate Judge's well-reasoned conclusions. *See* 28 U.S.C. § 636(b)(1).

Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 28). Plaintiff's Motion for Attorney's Fees (Doc. 26) is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of **$4,032.00**. As recommended by the Magistrate Judge, the check providing for these fees shall be made payable to Plaintiff's counsel in this matter, Robert J. Parker.

This case shall remain closed.

**SO ORDERED** this 30th day of July, 2012.

                                      */s/Harry S. Mattice, Jr.*
                                    HARRY S. MATTICE, JR.
                                  UNITED STATES DISTRICT JUDGE